## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Republican National Committee**

**Plaintiff**

vs.   Case No: 16-461 (ABJ)

**United States Department of State**

**Defendant**

## AFFIDAVIT OF SERVICE

I, Calvin Jones, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Certificate Rule LCvR 7.1, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, and Complaint with Exhibits, and Attachmenets in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/09/2016 at 3:09 PM, I served United States Attorney General with the Summons, Civil Cover Sheet, Certificate Rule LCvR 7.1, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, and Complaint with Exhibits, and Attachmenets at U.S. Department of Justice, 950 Pennslyvania Avenue, NW, Washington, DC 20530-0001 by serving Adel Bowden, Correspondence Clerk, authorized to accept service.

Adel Bowden is described herein as:

Gender: Female   Race/Skin: Black   Age: 60   Weight: 160   Height: 5'7"   Hair: Black   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

3-10-16
Executed On

Calvin Jones

Job #: 1505961

Client Ref Number: 064597-476167

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

REPUBLICAN NATIONAL COMMITTEE )
*Plaintiff* )
)
v. )    Civil Action No.  16-461 (ABJ)
UNITED STATES DEPARTMENT OF STATE )
)
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Laura Sierra, Kelley Barnaby, and Edward Kang
Alston & Bird LLP
950 F Street NW
Washington, DC 20004

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*



Date:  3/9/2016

/s/ Sherryl Horn
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Republican National Committee**

Plaintiff

vs.     Case No: 16-461 (ABJ)

**United States Department of State**

Defendant

## AFFIDAVIT OF SERVICE

I, Calvin Jones, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Certificate Rule LCvR 7.1, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, and Complaint with Exhibits, and Attachmenets in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/09/2016 at 2:50 PM, I served United States Department of State with the Summons, Civil Cover Sheet, Certificate Rule LCvR 7.1, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, and Complaint with Exhibits, and Attachmenets at 600 19th Street, NW, Washington, DC 20431 by serving Markie Franck, Paralegal, authorized to accept service.

Markie Franck is described herein as:

Gender: Female   Race/Skin: White   Age: 25   Weight: 170   Height: 5'5"   Hair: Brown   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

3-10-16
Executed On

Calvin Jones

Job #: 1505962

Client Ref Number:064597-476167

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE  *Plaintiff* <br><br> v. <br><br> UNITED STATES DEPARTMENT OF STATE  *Defendant* | ) ) ) ) ) ) ) ) Civil Action No. 16-461 (ABJ) |

## SUMMONS IN A CIVIL ACTION

To:   *(Defendant's name and address)*   UNITED STATES DEPARTMENT OF STATE
320 21st Street Northwest
Washington, DC 20451

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Laura Sierra, Kelley Barnaby, and Edward Kang
Alston & Bird LLP
950 F Street NW
Washington, DC 20004

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*ANGELA D. CAESAR, CLERK OF COURT*

Date:   3/9/2016

/s/ Sherryl Horn
*Signature of Clerk or Deputy Clerk*

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

**Republican National Committee**

                                    Plaintiff

                                    *vs.*        Case No: 16-461 (ABJ)

**United States Department of State**

                                  **Defendant**

### AFFIDAVIT OF SERVICE

I, Calvin Jones, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet, Certificate Rule LCvR 7.1, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, and Complaint with Exhibits, and Attachmenets in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 03/09/2016 at 3:37 PM, I served Civil Clerk, United States Attorney's Office, District of Columbia with the Summons, Civil Cover Sheet, Certificate Rule LCvR 7.1, Notice Of Right To Consent To Trial Before A United States Magistrate Judge, and Complaint with Exhibits, and Attachmenets at 501 3rd Street, NW, Washington, DC 20530 by serving Reginald Rowan, Lead Legal Assistant, authorized to accept service.

Reginald Rowan is described herein as:

Gender: Male   Race/Skin: Black   Age: 50   Weight: 210   Height: 6'2"   Hair: Black   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

3-10-16
Executed On

Calvin Jones

Job #: 1505963                                                                                        Client Ref Number:064597-476167

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

FOIA Summons
1/13

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

REPUBLICAN NATIONAL COMMITTEE )
_Plaintiff_ )
)
v. ) Civil Action No. 16-461 (ABJ)
UNITED STATES DEPARTMENT OF STATE )
)
_Defendant_ )

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ Civil Clerk
United States Attorney's Office
District of Columbia
555 Fourth Street, N.W.
Washington, D.C. 20530

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it) you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Laura Sierra, Kelley Barnaby, and Edward Kang
Alston & Bird LLP
950 F Street NW
Washington, DC 20004

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_ANGELA D. CAESAR, CLERK OF COURT_

Date: 3/9/2016

/s/ Sherryl Horn
_Signature of Clerk or Deputy Clerk_