# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| REPUBLICAN NATIONAL COMMITTEE,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE,<br><br>Defendant. | Case No. 1:16-CV-461 (ABJ) |

## JOINT STATUS REPORT

In a February 6, 2017 Minute Order, the Court ordered the parties in this Freedom of Information Act case to report on the status of the production by March 6, 2017. Since the last status report (on February 6, 2017), the State Department has processed over 500 pages of documents and produced 201 pages, some of which were redacted in part.

DATED: March 6, 2017

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch, Civil Division

*/s/ Justin M. Sandberg*
JUSTIN M. SANDBERG (Ill. Bar. No. 6278377)
justin.sandberg@usdoj.gov
Trial Attorney
U.S. Dep't of Justice, Civil Division,
Federal Programs Branch
20 Mass. Avenue, NW, Rm. 7302
Washington DC 20530

(202) 514-5838

*/s/ Edward T. Kang*
Edward T. Kang (D.C. Bar No. 1011251)
edward.kang@alston.com
ALSTON & BIRD LLP
950 F. St. NW
Washington, DC 20004
Telephone: (202) 239-3300

*Counsel for Plaintiff Republican National Committee*

2