**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

REPUBLICAN NATIONAL COMMITTEE,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF STATE,

Defendant.

Case No. 1:16-CV-461 (ABJ)

**STIPULATION OF DISMISSAL WITH PREJUDICE**

In accordance with Federal Rule of Civil Procedure 41(a) and a settlement agreement between the parties, Plaintiff Republican National Committee and Defendant United States Department of State stipulate and agree to dismissal of this action with prejudice.

Dated: April 5, 2017

Respectfully submitted,

JOYCE BRANDA
Deputy Assistant Attorney General

CHANNING D. PHILLIPS
United States Attorney

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch, Civil Division

_/s/ Brian D. Boone__
BRIAN D. BOONE
DC Bar No. 987633
EDWARD T. KANG
DC Bar No. 1011251
Alston & Bird LLP
950 F Street, N.W.
Washington DC 20024
Tel: (202)646-5172

/s/ Justin M. Sandberg
Justin M. Sandberg
Ill. Bar No. 6278377
Trial Attorney
U.S. Department of Justice, Civil Division
Federal Programs Branch
20 Massachusetts Ave N.W., Rm. 7302
Washington DC 20530
Tel: (202) 514-5838

Brian.Boone@alston.com
Edward.kang@alston.com

*Counsel for Plaintiff*

Email: justin.sandberg@usdoj.gov

*Counsel for Defendant*